**Exhibit A to the Complaint**

**Location:** Hyde Park, NY                                                                 **IP Address:** 24.228.47.221
**Total Works Infringed:** 25                                                               **ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: A21486834103B45B548CAD939D59A419C245F3E0<br>File Hash:<br>BC7B036A51373BAE2095A09BB8C63118D67008D5FFE187FCE5614F67345A92F9 | 12/10/2024<br>22:52:03 | TushyRaw | 12/10/2024 | 12/13/2024 | PA0002506275 |
| 2 | Info Hash: 3BEFBB6A581ABE00B501831768B5FD6E859CD56D<br>File Hash:<br>DD2B72AD3B5BF50375397EB9053765222EEB29CE6A9733E2C108638F49D4BA44 | 12/04/2024<br>22:23:55 | Blacked | 12/04/2024 | 12/13/2024 | PA0002506268 |
| 3 | Info Hash: 2B4D3165C5BB19113EBCD5D71B67738D47F0F26D<br>File Hash:<br>1904B637D413A64CA1E187C57293859746506C659C47E75E55189BCF70F85652 | 12/02/2024<br>05:00:57 | Tushy | 12/01/2024 | 12/13/2024 | PA0002506317 |
| 4 | Info Hash: B4608E8993655A2967BC383B717692BDA59C732E<br>File Hash:<br>00AC419E9D603FD3FA677939EB6571B9A008D52000D0A858B7D08F9F38BB0A78 | 11/26/2024<br>05:28:29 | Blacked<br>Raw | 04/04/2022 | 04/23/2022 | PA0002346436 |
| 5 | Info Hash: ECD95052E387A1D2CE2CB9FCF7215E2375D4FFA1<br>File Hash:<br>77DA0AD781D50DDF158B7E1BAE2690264B79FB2639A4B6CCFD8B0735A227C055 | 11/26/2024<br>00:19:02 | Blacked<br>Raw | 11/25/2024 | 12/13/2024 | PA0002506320 |
| 6 | Info Hash: 542E75A8EFC394DD8808847A84445749EA57BF9B<br>File Hash:<br>B59428BE0188036F7124909F229CAA57F2B0F8A0BBFC800B77DE1A85582BBE44 | 11/22/2024<br>22:39:53 | Vixen | 11/22/2024 | 12/13/2024 | PA0002506262 |
| 7 | Info Hash: 2CC52B6913B22C18DC3C819EE4323C2124CAC0AF<br>File Hash:<br>041EF130C7BEE1C16EA8C8AE11478F5A87CFC6CE14E2195C15F64F54FC40715D | 11/19/2024<br>22:10:17 | Blacked | 11/19/2024 | 12/13/2024 | PA0002506270 |
| 8 | Info Hash: 57835EB6333CF6646F99F0B702648807F36E0F46<br>File Hash:<br>D15BAB520F0416C44B6241DB043EC8DA15C43EA8A3C30B7B2EF7DBA67903241A | 11/08/2024<br>22:44:20 | Vixen | 11/08/2024 | 11/18/2024 | PA0002500853 |
| 9 | Info Hash: 25D0D2DE975974F4D754A4818119079EE910D891<br>File Hash:<br>6C14C8F96B3172469422021897597832C9C001D3B45DFC6707F712935FB0D095 | 11/02/2024<br>09:13:00 | Vixen | 11/01/2024 | 11/18/2024 | PA0002500861 |
| 10 | Info Hash: 32BAC2CEF26342469DD8C33D71B21EF6ACAFF6A3<br>File Hash:<br>325B667C490098E8560450A43317AD6D7F935DC19B59CABDEFEB6163E8258053 | 10/25/2024<br>20:40:29 | Blacked | 10/25/2024 | 11/18/2024 | PA0002500986 |
| 11 | Info Hash: 9A4F9DAB1F83CC2A1ED3A77C5E5B163D7340DAFB<br>File Hash:<br>69B8705C92F15BBBEC871EEA3FAF3FE0FD024244F8560CF6A6A1F978800C7962 | 10/24/2024<br>22:55:50 | Milfy | 09/04/2024 | 09/18/2024 | PA0002490440 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 12 | Info Hash: 8307E2EE948E2D0BB7066C7E2519CA43DD0AD1DB<br>File Hash:<br>0D6F01737A8DFA2AF478C40AF29396DB33597D29E6BC451C046A92570D62B4CB | 10/21/2024<br>22:32:05 | Blacked<br>Raw | 10/21/2024 | 11/18/2024 | PA0002500997 |
| 13 | Info Hash: 510303D7715129CF33F3F1E2D092159EFAFA25A4<br>File Hash:<br>F494AD2D304D8333CC3C9F2E3A6B0622A0471A60A61A318569F621394ED7C57F | 10/16/2024<br>22:32:21 | Milfy | 10/16/2024 | 11/18/2024 | PA0002500972 |
| 14 | Info Hash: F4EF2E96EEF0681936980462C485715FD9FCA84D<br>File Hash:<br>D074AFF0E4F26604EDFCA8A14DA16E9B3FA355BE16C475572965CD2170D060B3 | 10/15/2024<br>21:14:47 | Blacked | 10/15/2024 | 11/18/2024 | PA0002500969 |
| 15 | Info Hash: 635A7A0A1111B838EC23562DC5B685189EEF1EF0<br>File Hash:<br>E435711C3D9901237DCF1E11471E66674AD8E1F295A43AF96AB3F7B8D117DA61 | 10/12/2024<br>03:50:28 | Vixen | 10/11/2024 | 10/16/2024 | PA0002494724 |
| 16 | Info Hash: 01E10460C73C6229633FB375996B29E365A8708E<br>File Hash:<br>EB9F09D68068B434AB9E53AA7565158EC5F381A8F83701C5DBE8B95A1C31B209 | 10/10/2024<br>21:50:37 | Blacked | 10/10/2024 | 10/16/2024 | PA0002494697 |
| 17 | Info Hash: 8369C2A67767E30A61B8AE2FC35C5E32877ED582<br>File Hash:<br>CE2F40F229328E6B55087AA36766D75C2950863DC1F4C158794F243D4314A2C6 | 09/20/2024<br>21:12:46 | Vixen | 09/20/2024 | 10/16/2024 | PA0002494775 |
| 18 | Info Hash: 94D6DC1A2DB5F53AD012CCBF32ADA1884D9C0A35<br>File Hash:<br>4958665B6F72453763A797AA2BF3A6AB7331453167B4A5BAFD6B0F1D70E7AAA2 | 09/18/2024<br>02:36:47 | Blacked | 08/16/2024 | 09/17/2024 | PA0002490360 |
| 19 | Info Hash: 40D9DBE9EA32AD1E79CECC863D7447CFFA5AFA26<br>File Hash:<br>9D726C79B9D57BDDB1A78D68AB611ACB6AE6F8F9307E0C9C27759C17F07842E7 | 09/14/2024<br>00:31:13 | Vixen | 09/13/2024 | 10/16/2024 | PA0002494756 |
| 20 | Info Hash: DB074504D7A31F9FFD2CA40E33B1BBED4464538D<br>File Hash:<br>6A4107F5AF1CA418F6C69B7EC38485A3A5FF2FF338F0DFAE270D824792DFFDBC | 09/11/2024<br>01:34:10 | Blacked<br>Raw | 07/01/2024 | 07/15/2024 | PA0002480619 |
| 21 | Info Hash: FCE519FBE7607B829149F4393390CF8364588A24<br>File Hash:<br>5447C81F957F2836B1DB2671BCF96B322EF469B86576BBADE384E4604245EBCE | 09/11/2024<br>01:33:17 | Blacked<br>Raw | 09/02/2024 | 09/17/2024 | PA0002490348 |
| 22 | Info Hash: C512E0EFE0F9A3319799D2A8E41926C89AE41F88<br>File Hash:<br>B6B5E12206CBE7443B8D1D408B9E6F83A45AE62FFC7D6D892F05FB6310CA8BED | 09/11/2024<br>01:32:19 | Blacked | 09/10/2024 | 09/17/2024 | PA0002490365 |
| 23 | Info Hash: 4E30D1E49C62DE7C483B8CF9699312FBAC1DA193<br>File Hash:<br>4BF9B82C6544A6F8855E7ECB482D8DFB052499E5A5C46587BB257769AE5BB447 | 09/10/2024<br>21:30:28 | Blacked<br>Raw | 02/26/2024 | 03/12/2024 | PA0002459240 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 24 | Info Hash: 6C5B788837E106B787B027ABE4D29C059BDBD6E2<br>File Hash:<br>2166E1CA2F1E124EDF95089EFB4FD6054A4DD256A5F077F15D7EAAC32D978C5C | 09/10/2024<br>21:29:25 | TushyRaw | 09/10/2024 | 09/18/2024 | PA0002490434 |
| 25 | Info Hash: E13DA65DCDF19CCE618419BED989A05D3DD6F0DE<br>File Hash:<br>3D5EB961BA1C3C6495D4A890333850CC7AF46395810DDBF5F5D9358B6A39B301 | 09/10/2024<br>21:29:23 | Blacked<br>Raw | 09/09/2024 | 09/17/2024 | PA0002490318 |