UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :   Case No. 1:24-cv-09945-LJL
                              Plaintiff,                         :
                                                                 :
              vs.                                                :
                                                                 :
JOHN DOE subscriber assigned IP address                          :
68.132.234.214,                                                  :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

**MOTION FOR LEAVE TO SERVE A THIRD PARTY
SUBPOENA PRIOR TO A RULE 26(f) CONFERENCE**

Pursuant to Fed. R. Civ. P. 26(d)(1), and upon the attached: (1) Memorandum of Points and Authorities in support of this motion; (2) Declaration of Jorge Arco in support of this motion; (3) Declaration of Patrick Paige in support this motion; and (4) Declaration of Susan B. Stalzer in support of this motion, Strike 3 Holdings, LLC ("Plaintiff"), respectfully moves for entry of an order granting it leave to serve a third party subpoena on Verizon Fios, prior to a Rule 26(f) conference (the "Motion"). A proposed order is attached for the Court's convenience.

Dated: 01/14/2025                              Respectfully submitted,

                                    By:   /s/ *Jacqueline M. James*
                                          Jacqueline M. James, Esq. (1845)
                                          The James Law Firm, PLLC
                                          445 Hamilton Avenue
                                          Suite 1102
                                          White Plains, New York 10601
                                          T: 914-358-6423
                                          F: 914-358-6424
                                          E-mail: jjames@jacquelinejameslaw.com
                                          *Attorneys for Plaintiff*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. Since Defendant's identity is unknown, I was unable to send a copy of the foregoing documents to Defendant or Defendant's counsel at this time.

      By: __/s/__ *Jacqueline M. James*